**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| BRET COONEY (DECEASED) - AMANDA SERRANO, | : No. 393 WAL 2014 |
| | : |
| | : |
| Petitioner | : Petition for Allowance of Appeal from the |
| | : Order of the Commonwealth Court |
| | : |
| v. | : |
| | : |
| | : |
| | : |
| WORKERS' COMPENSATION APPEAL BOARD (PATTERSON UTI, INC.), | : |
| | : |
| | : |
| Respondent | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 10th day of February, 2015, the Petition for Allowance of Appeal is **DENIED**.